IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATHANIEL HAYES, #172136, | ) | |
| | ) | |
|      Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:11-CV-38-ID |
| | ) | CIVIL ACTION NO. 2:11-CV-44-ID |
| | ) | {WO} |
| | ) | |
| ALA. DEPT. OF CORRECTIONS | ) | |
| COMMISSIONER, et al., | ) | |
| | ) | |
|      Defendants. | ) | |

## ORDER

Upon review of the complaints filed in the above-styled causes of action, and for good cause, it is

ORDERED that:

1. The case of *Hayes v. Ala. Dept. of Corrections Commissioner, et al.*, Civil Action No. 2:11-CV-44-ID-CSC be CONSOLIDATED with *Hayes v. Ala. Dept. of Corrections Commissioner, et al.*, Civil Action No. 2:11-CV-38-ID-CSC for all further proceedings.

2. All pleadings, reports, exhibits, orders and other documents submitted in the consolidated cases shall henceforth be filed/entered only on the docket in  *Hayes v. Ala. Dept. of Corrections Commissioner, et al.*, Civil Action No. 2:11-CV-38-ID-CSC.

Done this 19th day of January, 2011.


  /s/ Charles. S. Coody                   
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE